```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )  CASE NO.  CR.S-05-0408 KJM
                                 )
11            Plaintiff,         )  STIPULATION AND ORDER
                                 )  RESCHEDULING JURY TRIAL AND
12     v.                        )  TRIAL CONFIRMING HEARING
                                 )
13  WILLIAM ANTHONY VAUGHN,      )
                                 )  DATE:  November 16, 2005
14            Defendant.         )  TIME:  1:30 p.m.
    _____)  COURT: Hon. Kimberly J. Mueller
15
```

16                          Stipulation

17      Following Mr. Vaughn's arraignment at which the jury trial and
18 trial confirming hearing were scheduled, the undersigned prosecutor
19 learned that the Postal Inspector, who is the case agent and a trial
20 witness, would be out of state on previously scheduled personal
21 business on the trial date.  Therefore, the parties have agreed to
22 reschedule those dates as follows.
23      The trial confirming hearing scheduled for November 17, 2005,
24 will be vacated and rescheduled for October 27, 2005, at 10:00 a.m.
25      The jury trial scheduled for November 29, 2005, will be vacated
26 and rescheduled for November 16, 2005, at 1:30 p.m.
27 ///
28 ///

1

1    It is so stipulated.
2  DATED: October 11, 2005                McGREGOR W. SCOTT
                                          United States Attorney
3
4                                    By:    /s/  Samantha S. Spangler
                                          Samantha S. Spangler
5                                         Assistant U.S. Attorney
6  DATED: October 17, 2005                QUIN DENVIR
                                          Federal Defender
7
8                                    By:    /s/  Quin Denvir
                                          Quin Denvir, Federal Defender
9                                         Counsel for Defendant
                                          William Anthony Vaughn
10
11                              Order
12    Good cause appearing,
13    The trial confirming hearing scheduled for November 17, 2005,
14 is vacated and rescheduled for October 27, 2005, at 10:00 a.m.
15    The jury trial scheduled for November 29, 2005, is vacated and
16 rescheduled for November 16, 2005, at 1:30 p.m.
17    IT IS SO ORDERED.
18 DATED: October 19, 2005

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

2