1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,                              Crim.  No.  S-05-0408 KJM

      vs.

WILLIAM ANTHOHY VAUGHN,

       Defendant.                            <u>ORDER</u>

_____/

        This matter was on calendar on October 27, 2005 for trial confirmation hearing. Katherine Underwood, Certified Law Student, appeared for the government; Mary French, Assistant Federal Defender, appeared for defendant who was present in court.

        Jury trial is confirmed for November 16, 2005 at 1:30 p.m.  Voir dire and jury instructions are due no later than Wednesday, November 9[1]; motions, if any, by November 10, 2005, with opposition to the motions due by noon, November 15, 2005.

/////

/////

/////

---

[1] Given the court holiday on November 11, 2005, the court has determined that certain items shall be filed on November 9th as ordered here.

1

Should the court conclude that argument on the motions will inconvenience the jury panel, it will so notify counsel, who should be prepared to argue them at 11:00 a.m. on November 16, 2005.

IT IS SO ORDERED.

DATED: October 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE