McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
KATHERINE E. UNDERWOOD
Certified Student, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-05-0408 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | FIRST AMENDED MOTION TO DISMISS |
| | ) | INFORMATION AND ORDER |
| WILLIAM ANTHONY VAUGHN, | ) | |
| | ) | DATE:  November 16, 2005 |
| Defendant. | ) | TIME:  1:30 p.m. |
| _____ | ) | JUDGE: Hon. Kimberly J. Mueller |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing this case with prejudice.

Dated: November 9 , 2005

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                By: /s/ Samantha S. Spangler
                                        Samantha S. Spangler
                                        Assistant U.S. Attorney

/////

/////

/////

/////

IT IS SO ORDERED:

DATED: November 15, 2005.

_____
UNITED STATES MAGISTRATE JUDGE